UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **ANITA B. HARRIS,** | ) |
| Plaintiff, | ) Case No. EDCV 14-01959 AJW |
| v. | ) **J U D G M E N T** |
| **CAROLYN W. COLVIN,** Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is affirmed.

October 29, 2015

_____
ANDREW J. WISTRICH
United States Magistrate Judge